IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MARY VEGA, INDIVIDUALLY AND §
ON BEHALF OF ALL OTHERS §
SIMILARLY SITUATED, §
              PLAINTIFF, §
§
V. § CIVIL NO. 1:22-CV-601-LY
§
UNIFIN, INC., §
              DEFENDANT. §

## ORDER CLOSING CASE

Before the court is the above entitled cause. On March 13, 2023, the parties filed a Joint Stipulation of Dismissal with Prejudice (Doc. #15). Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of March, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE